WILLIAM B. PERRY, Respondent, *v.* NEWS SYNDICATE CO., INC., Appellant.

Submitted April 9, 1951; decided May 17, 1951.

*J. Howard Carter, James W. Rodgers* and *Andrew L. Hughes* for appellant.

*George B. Fargis* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.